
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | |
| | § | Criminal Action No. 3:03-CR-148-L |
| JOSE MATILDE MONDRAGON SOLIS, | § | (Civil Action No. 3:05-CV-0583-L) |
| No. 26777-077, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant/Movant Jose Matilde Mondragon Solis seeks to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.* Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On July 6, 2005, the Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed, to which no objections were filed.

The magistrate judge recommended that Garcia's § 2255 request be dismissed as time-barred by the applicable one year limitations period. *See* 28 U.S.C. § 2255. Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct in recommending dismissal of the motion as time-barred under 28 U.S.C. § 2255. Accordingly, the magistrate's findings are accepted as those of the court. Garcia's request to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 is

---

*On June 2, 2003, Solis pled guilty to illegal reentry after removal from the United States. On August 18, 2003, the court sentenced Solis to 60 months imprisonment and a three-year term of supervised release. Solis did not appeal this sentence.

Order – Page 1

**denied**, and this action is **dismissed with prejudice** as time-barred. Final judgment will be issued by separate order.

**It is so ordered** this 29th day of July, 2005.

Sam A. Lindsay
United States District Judge

Order – Page 2